UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PETER J. JARVINEN and COSTANCE L. JARVINEN,<br><br>    Plaintiffs,<br><br>v<br><br>GOSHEN TIMBER FRAMES, INC., BONNIE PICKARTZ, and DAVID PICKARTZ,<br><br>    Defendants. | 1:18-cv-00014 |

## **PLAINTIFFS' AMENDED REQUEST FOR ENTRY OF DEFAULT**

Plaintiffs Peter J. Jarvinen and Constance L. Jarvinen request that the Clerk enter default against Defendants Goshen Timber Frames, Inc., Bonnie Pickartz, and David Pickartz pursuant to Fed. R. Civ. P. 55(a).

Defendants were each served with the Summons, Complaint, and Electronic Case Opening Notice (with attachments) on January 29, 2018 (Dkt.3). Defendants' answer or responsive pleading was due 21 days later on February 19, 2018. *See* Fed. R. Civ. P. 12(a)(1). To date, no Defendant has filed an answer or responsive pleading or requested an extension of time to do so. (Declaration of Allan R. Tarleton ¶ 6.) Accordingly, the Clerk should enter default against Defendant.

February 21, 2018

THE VAN WINKLE LAW FIRM

By: /s/ Allan R. Tarleton
Allan R. Tarleton, State Bar No. 9490
P.O. Box 7376
Asheville, NC 28802
(828) 258-2991
atarleton@vwlawfirm.com

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2018, I electronically filed the foregoing with the Clerk of the Court and mailed the foregoing document by first-class mail to the following non-CM/ECF participants:

Bonnie Pickartz
Goshen Timber Frames
37 Phillips Street
Franklin, NC 28734

David Pickartz
Goshen Timber Frames
37 Phillips Street
Franklin, NC 28734

Goshen Timber Frames, Inc.
Susan Broadhead, Registered Agent
37 Phillips Street
Franklin, NC 28734

/s/ Allan R. Tarleton