UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PETER J. JARVINEN and COSTANCE L. JARVINEN,<br><br>    Plaintiffs,<br><br>v<br><br>GOSHEN TIMBER FRAMES, INC., BONNIE PICKARTZ, and DAVID PICKARTZ,<br><br>    Defendants. | 1:18-cv-00014 |

## AMENDED DECLARATION OF ALLAN R. TARLETON IN SUPPORT OF PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT

Allan R. Tarleton declares and says:

    1.    My name is Allan R. Tarleton.

    2.    I am making this declaration in support of Plaintiffs' Motion for Clerk's Entry of Default in the above-captioned case.

    3.    I am an attorney at The Van Winkle Law Firm and am duly licensed to practice law in the state of North Carolina. I represent Peter and Constance Jarvinen in the above-captioned case. The facts set forth in this declaration are within my personal knowledge, true and correct, and I would testify to them under oath if called upon to do so.

    4.    Plaintiffs filed their Original Complaint against Defendants Goshen Timber Frames, Inc., Bonnie Pickartz, and David Pickartz, on January 23, 2018. (Dkt. 1.)

1

5. Defendants were each served with the Summons, Complaint, and Electronic Case Opening Notice (with attachments) on January 29, 2018 (Dkt.3).

6. To date, none of the Defendants has filed an answer or responsive pleading or requested an extension of time to do so.

7. None of the Defendants is incompetent, and I am not aware of any facts that suggest either individual Defendant is incompetent.

I declare under penalty of perjury that the foregoing is true and correct.

February 21, 2018.

/s/ Allan R. Tarleton
Allan R. Tarleton

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 21, 2018, I electronically filed the foregoing with the Clerk of the Court and mailed the foregoing document by first-class mail to the following non-CM/ECF participants:

        Bonnie Pickartz
        Goshen Timber Frames
        37 Phillips Street
        Franklin, NC 28734

        David Pickartz
        Goshen Timber Frames
        37 Phillips Street
        Franklin, NC 28734

        Goshen Timber Frames, Inc.
    Susan Broadhead, Registered Agent
        37 Phillips Street
        Franklin, NC 28734


        /s/ Allan R. Tarleton

3

Case 1:18-cv-00014-MR-DLH   Document 5-1   Filed 02/21/18   Page 3 of 3