UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| PETER J. JARVINEN and COSTANCE L. JARVINEN,<br><br>　　Plaintiffs,<br><br>v<br><br>GOSHEN TIMBER FRAMES, INC., BONNIE PICKARTZ, and DAVID PICKARTZ,<br><br>　　Defendants. | 1:18-cv-00014 |

**ENTRY OF DEFAULT**

Upon the request of Plaintiffs Peter J. Jarvinen and Constance L. Jarvinen, default is hereby entered against the Defendants Goshen Timber Frames, Inc., Bonnie Pickartz, and David Pickartz pursuant to Fed. R. Civ. P. 55(a).

Signed: February 22, 2018

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court