UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

PETER J. JARVINEN and
COSTANCE L. JARVINEN,

    Plaintiffs,

v

GOSHEN TIMBER FRAMES, INC.,
BONNIE PICKARTZ, and DAVID
PICKARTZ,

    Defendants.

1:18-cv-00014

## **PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Plaintiffs Peter J. Jarvinen and Constance L. Jarvinen move the Court for default judgment against Defendants Goshen Timber Frames, Inc., Bonnie Pickartz, and David Pickartz.

Plaintiffs request that the Court grant default judgment against Defendants for damages in the amount of $87,504.19 for breach of contract, attorneys' fees incurred to date in the amount of $19,848.35, and costs as set out in the proposed final judgment submitted herewith.

Plaintiffs' motion is based on the concurrently filed declarations of Peter and Constance Jarvinen, the pleadings on file, and any evidence or argument the Court may consider.

May 23, 2018.

1

THE VAN WINKLE LAW FIRM

/s/ Allan R. Tarleton
Allan R. Tarleton, State Bar No. 9490
P.O. Box 7376
Asheville, NC 28802
828.258.2991
atarleton@vwlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2018, I electronically filed the foregoing with the Clerk of the Court and mailed the foregoing document by first-class mail to the following non-CM/ECF participants:

Bonnie Pickartz
Goshen Timber Frames
37 Phillips Street
Franklin, NC 28734

David Pickartz
Goshen Timber Frames
37 Phillips Street
Franklin, NC 28734

Goshen Timber Frames, Inc.
Susan Broadhead, Registered Agent
37 Phillips Street
Franklin, NC 28734

/s/ Allan R. Tarleton