UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PETER J. JARVINEN and<br>COSTANCE L. JARVINEN,<br><br>    Plaintiffs,<br><br>v<br><br>GOSHEN TIMBER FRAMES, INC.,<br>BONNIE PICKARTZ, and DAVID<br>PICKARTZ,<br><br>    Defendants. | 1:18-cv-00014 |

## PLAINTIFFS' DECLARATION IN SUPPORT OF
## MOTION FOR DEFAULT JUDGMENT

Peter J. Jarvinen and Constance L. Jarvinen declare as follows:

1. We make this declaration based on personal knowledge and if called to testify would testify to the matters asserted herein under oath.

2. Attached hereto as Exhibit A is a copy of our contract with Goshen Timber Frames, Inc.

3. Attached as Exhibit B is an itemized list of additional expenses paid to complete and/or correct work inadequately or incompletely performed by Defendant Goshen Timber Frames, Inc.

4. Attached as Exhibit B-1 is a copy of charges in the amount of $3,300.00 incurred for the architectural services of Scott Conklin to investigate and define errors and omissions in the performance of work inadequately or incompletely performed by Defendant Goshen Timber Frames, Inc. This charge is listed in Exhibit B.

1

5. Attached as Exhibit B-1(a) is a copy of Scott Conklin's August 29, 2016 DRAFT REPORT identifying items requiring remediation or completion under our contract with Goshen Timber Frames, Inc.

6. Attached as Exhibit B-2 is a repair detail for work performed by carpenters Ben Jones and Mike Jones to complete and/or correct work inadequately or incompletely performed by Defendant Goshen Timber Frames, Inc. These charges totaling $41,020.00 are listed in Exhibit B.

7. Attached as Exhibit B-3 is an itemized list with supporting invoices of materials purchased to complete and/or correct work inadequately or incompletely performed by Defendant Goshen Timber Frames, Inc. and additional costs paid to eliminate black mold resulting from Goshen's having failed to fulfill its obligation to erect the timber frame in a timely basis thereby leaving installed floor joists and subflooring exposed to rain and snow for five months. These charges totaling $21,704.19 are listed in Exhibit B.

8. Attached as Exhibit B-4 is a composite comprised of an invoice from Olde World Timer Frames and cancelled checks totaling $21,480.00 necessary to complete and/or correct work inadequately or incompletely performed by Defendant Goshen Timber Frames, Inc. These charges are listed in Exhibit B.

9. Attached as Exhibit B-4(a) is an inspection report prepared by John Brown of Olde World Timber Frames describing incomplete and defective work performed by Goshen Timber Frames, Inc.

10. Attached as <u>Exhibit C</u> is an accounting of attorneys' fees and expenses totaling $19,848.35 incurred and payable to the Van Winkle Law Firm to pursue claims and remedies for breach of contract in this action. Under the terms of our contract (<u>Exhibit A</u>) with Goshen Timber Frames, Inc., attorneys' fees and costs are recoverable. Goshen never responded to our demand for arbitration as provided by the contract at Section 6. Miscellaneous.

11. Attached as <u>Exhibit D</u> is an estimate for $4,500.00 from carpenter Ben Jones to shim and plumb walls due to faulty installation by Goshen Timber Frames, Inc.

12. All of the expenses described above have been or will be incurred due to Goshen's breach of our contract.

We declare under penalty of perjury that the foregoing is true and correct.

Executed on May __21__, 2018.

_____  
Constance L. Jarvinen

_____  
Peter J. Jarvinen